# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Donald R. Cassling | **Hearing Date** | October 22, 2019 |
| **Bankruptcy Case No.** | 19 B 17858 | **Adversary No.** | 19 A 00890 |

**Title of Case:** The Estate of Berenice Ventrella v. Terzakis

**Brief Statement of Motion:** Complaint (Docket No. 1)

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

IT IS HEREBY ORDERED that January 20, 2020 is fixed as to the discovery cutoff date.

Pre-Trial Conference has been set for January 28, 2020 at 10:00 AM in Courtroom 619, Chicago, Illinois 60604.

22 OCT 2019

*Donald R. Cassling*