# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | **Bankruptcy Case No. 19-17858** |
| ) | |
| **JOHN D TERZAKIS** ) | **Chapter 7** |
| Debtor, ) | |
| ) | **Hon. Donald R. Cassling** |
| ANN HOWARD and POTTER BOLAÑOS, ) | |
| LLC, et. al. ) | |
| Plaintiff, ) | |
| v. ) | **Adversary No. 19-00890** |
| ) | |
| **JOHN D. TERZAKIS,** ) | |
| Defendant, ) | |

### NOTICE OF WITHDRAWAL OF ANSWER TO COMPLAINT (Dkt. No. 18)

PLEASE TAKE NOTICE that on **Tuesday, January 7, 2020**, the undersigned withdrew **John D. Terzakis' Answer to Complaint Objecting to Dischargeability of Debt,** erroneously filed herein on January 6, 2020 as Docket No. 18

**John D. Terzakis**

BY: /s/ Richard H. Fimoff
  One of its attorneys

Richard H. Fimoff (804886)
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle St.
Suite 3300
Chicago, IL 60601
312-782-9000
312-782-6690 (fax)
rfimoff@rsplaw.com

ERRONEOUSLY FILED(3167654.1)

CERTIFICATE OF SERVICE

       Richard H. Fimoff, an attorney, certifies that on the 7th day of January, 2020, he caused the foregoing N**OTICE OF WITHDRAWAL OF ANSWER TO COMPLAINT (Dkt. No. 18)** to be filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to the United States Trustee and all registered ECF users in this case.

                                              /s/ Richard H. Fimoff

Richard H. Fimoff (804886)
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle St.
Suite 3300
Chicago, IL 60601
312-782-9000
312-782-6690 (fax)
rfimoff@rsplaw.com
rstavins@rsplaw.com

ERRONEOUSLY FILED(3167654.1)