**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 19-17858 |
|    JOHN D TERZAKIS | ) | Chapter 7 |
|       Debtor, | ) | |
| | ) | Hon. Donald R. Cassling |
| ESTATE OF BERENICE VENTRELLA | ) | |
|       Plaintiff, | ) | |
|    v. | ) | Adversary No. 19-00890 |
| JOHN D. TERZAKIS, | ) | |
|       Defendant, | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY AGREED AND STIPULATED by and between Plaintiff, Estate of Berenice Ventrella, by and through its attorney, J. Thomas Witek and Defendant, John Terzakis by and through his attorney Richard H. Fimoff, Robbins, Salomon & Patt, Ltd., pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure that the above captioned matter is dismissed with prejudice and without payment by Defendant, each Party bearing its own costs.

Date: January 20, 2020

STIPULATED AND AGREED TO:

| | |
|---|---|
| ESTATE of BERENICE VENTRELLA, Plaintiff | JOHN TERZAKIS, Defendant |
| By: /s/ J. Thomas Witek | By: /s/ Richard H. Fimoff |
| J. Thomas Witek, Attorney for Plaintiff | Richard H. Fimoff, Attorney for Defendant |
| J. Thomas Witek, Esq. (#6230539)<br>Witek Law Offices<br>3315 Algonquin, Suite 600<br>Rolling Meadows, Illinois 60008<br>(847) 409-3898<br>witek888@witeklaw.com | Richard H. Fimoff (804886)<br>Robbins, Salomon & Patt, Ltd.<br>180 N. LaSalle St., Suite 3300<br>Chicago, IL 60601<br>(312) 456-0185<br>rfimoff@rsplaw.com |